Colitha Patrice Bush
Reg. #14687-479
FMC Carswell Camp
East Trinity
PO Box 27137
Fort Worth, TX
76127



March 1, 2022

Attn: **Judge Joan A. Lenard**
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue
Room 12-1
Miami, FL.
33128

RE: Case No.: 1:16CR-20698-JAL-2 and 1:17CR-20194-JAL-2

To The Honorable Judge Lenard:

Please accept this legal document as a formal request seeking the Court's approval for maximum community placement within the confines of the law allowable through my First Step Act earned programming credit(s) in conjunction with the Second Chance Act.

My name is Colitha Patrice Bush and I am a federal inmate currently designated to and residing at the FMC Carswell minimum security camp facility located in Fort Worth, Texas. I was convicted of Conspiracy to commit wire/mail fraud, 18 U.S.C §1349. I was given a guideline sentence for Base Offense level 31 with a two level increase due to my involvement status and received a eight year prison term within my 0-20 statute. I have completed 57 months of my 96 month sentence, over 69.1% of my statutory sentence and I have done so without incident. My PATTERN Risk Assessment Score categorizes me as an eligible and minimum participant through the FIRST STEP ACT; I am a first time non-violent offender; and, I have a verifiable release address.

During confinement I have made significant strides toward a healthy future. For the past several years, I have maintained clear conduct recognized in my recorded discipline history. I have maintained such conduct by choosing to participate in healthy activities offered at the

Carswell facility. Many of the classes I have taken have aided me in my relationships with family members in efforts to allow my personal relationships to prosper during this very trying time. Additionally, I have had the opportunity to help others in multiple areas of work while I participated in select educational courses through vocational training in Safe Serve through Food Services; a community based job on the NAS Joint Air Force Base allowed my participation in an apprenticeship controlled through the Department of Labor; Sanitation worker at the height of the Pandemic; through Carswell's Chaplaincy Department I orchestrated the Praise team as their director called "Devotion in Motion" and aided in organizing multiple Christian group activities; and, my biggest milestone is when I received my GED which made all of my listed accomplishments possible.

On March 21, 2021, Warden Michael Carr of FMC Carswell referred me to CARES Act home confinement due to my meeting all stipulated criteria for community placement during the National Health Crisis. Unfortunately, the Eastern District of Texas didn't have the manpower for CARES Act placement. Warden Carr made a subsequent referral months later following my relocation designation to the Southern District of Texas, and I was faced with the same answer, a denial due to manpower unavailability.

Therefore, I am seeking your judicial referral for home confinement because this whole experience has taught me to do the right thing. Being incarcerated has had a profound impact on my life, and I deeply regret my actions. As I've had time to reflect, there is no excuse and no justification or apology good enough for the role I played in my criminal past. Today, I see my previous struggles as opportunities I chose to overcome and I pray that you refer me to home confinement with your judicial power.

Respectfully submitted,


Colitha Patrice Bush

### FSA Recidivism Risk Assessment (PATTERN 01.02.01)

Register Number:14687-479, Last Name:BUSH

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|

| | |
|---|---|
| Register Number: 14687-479 | Risk Level Inmate....: R-MIN |
| Inmate Name |   General Level......: R-MIN (-14) |
|   Last.........: BUSH |   Violent Level......: R-MIN (-9) |
|   First........: COLITHA | Security Level Inmate: MINIMUM |
|   Middle.......: PATRICE | Security Level Facl..: MINIMUM |
|   Suffix.......: | Responsible Facility.: CRW |
| Gender.........: FEMALE | Start Incarceration..: 06/28/2017 |

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 41 | 10 | 2 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoNeed | -12 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 20 | -4 | -4 |
| Work Programs | 2 | -2 | -2 |
| | Total | -14 | -9 |

TRULINCS ˙14687479 - BUSH, COLITHA PATRICE - Unit: CRW-C-W

--------------------------------------------------------------------------------

FROM: 14687479
TO: Administrative Remedies
SUBJECT: ***Request to Staff*** BUSH, COLITHA, Reg# 14687479, CRW-C-W
DATE: 03/09/2022 10:18:08 AM

To: Mr. Carr
Inmate Work Assignment: Kitchen  P/M.

Warden Carr,
I was put in for Cares Act last month and denied. reason being I was cited for being 'Too Healthy".if thats a reason,
In the wait of the pandemic, I have programed, kept employment and maintained a very low pattern score [ -14] [-9]. Which
should have placed me as a top priority. I have never received an incident report in  nearly 5 years incarceration. There have
been a many inmates who have left to go to the same district in which I am trying to return to without a problem, but with much
higher pattern scores and incident. I am now requesting that you re-evaluate my case and situation as I have a verifiable
release plan, and It is my wishes to return home to home confinement.
Respectfully,
Colitha Bush

```
CRWMJ  540*23  *              SENTENCE MONITORING              *     03-07-2022
PAGE 001          *           COMPUTATION DATA                 *     14:28:52
                                  AS OF 03-07-2022


REGNO..: 14687-479 NAME: BUSH, COLITHA PATRICE


FBI NO...........: 31047XB0            DATE OF BIRTH: 04-04-1980  AGE:  41
ARS1.............: CRW/A-DES
UNIT.............: CAMP                 QUARTERS.....: C02-253U
DETAINERS........: NO                   NOTIFICATIONS: NO


FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-14-2023

THE INMATE IS PROJECTED FOR RELEASE: 04-14-2024 VIA GCT REL



----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 16-20698-CR-LENARD
JUDGE...........................: LENARD
DATE SENTENCED/PROBATION IMPOSED: 06-28-2017
DATE COMMITTED..................: 08-29-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


               FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $4,401,005.00

----------------------CURRENT OBLIGATION NO: 010 ----------------------
OFFENSE CODE....:  820      COMMUNICATIONS ACT
OFF/CHG: 18:1349  CONSPIRACY TO COMMIT MAIL AND WIRE FRAUD (CT1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    96 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO JUDG 020
  DATE OF OFFENSE................: 09-16-2016





G0002      MORE PAGES TO FOLLOW . . .
```

```
  CRWMJ  540*23 *              SENTENCE MONITORING        *    03-07-2022
PAGE 002          *            COMPUTATION DATA           *    14:28:52
                               AS OF 03-07-2022


REGNO..: 14687-479 NAME: BUSH, COLITHA PATRICE



---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------
COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 17-20194-CR-LENARD
JUDGE...........................: LENARD
DATE SENTENCED/PROBATION IMPOSED: 06-28-2017
DATE COMMITTED..................: 08-29-2017
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00       $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO      AMOUNT: $4,401,005.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  820     COMMUNICATIONS ACT
OFF/CHG: 18:1349  CONSPIRACY TO COMMIT WIRE FRAUD (CT21)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    96 MONTHS
  TERM OF SUPERVISION............:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CC TO JUDG 010
  DATE OF OFFENSE................: 12-31-2014

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 01-13-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 07-24-2017 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010




G0002      MORE PAGES TO FOLLOW . . .
```

```
CRWMJ  540*23 *              SENTENCE MONITORING          *    03-07-2022
PAGE 003 OF 003 *             COMPUTATION DATA            *    14:28:52
                              AS OF 03-07-2022


REGNO..: 14687-479 NAME: BUSH, COLITHA PATRICE


DATE COMPUTATION BEGAN..........: 06-28-2017
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   96 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    8 YEARS
AGGREGATED TERM OF SUPERVISION..:    3 YEARS
EARLIEST DATE OF OFFENSE........: 12-31-2014

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    09-29-2016    10-04-2016
                                    10-11-2016    10-11-2016

TOTAL PRIOR CREDIT TIME.........: 7
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 432
TOTAL GCT EARNED................: 216
STATUTORY RELEASE DATE PROJECTED: 04-14-2024
ELDERLY OFFENDER TWO THIRDS DATE: 10-21-2022
EXPIRATION FULL TERM DATE.......: 06-20-2025
TIME SERVED.....................:    4 YEARS      8 MONTHS     15 DAYS
PERCENTAGE OF FULL TERM SERVED..:   58.8
PERCENT OF STATUTORY TERM SERVED:   69.1

PROJECTED SATISFACTION DATE.....: 04-14-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 06/28/17 VS TO USM; 07/21/17 COMP CMPLT L/ALH.
                1-13-20 FSA GCT UPDT L/KDS




G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

Col Hna P. Bush
#14462-471 @ CampWest
Carswell FMC
P.O. Box 27137
Fort Worth, TX. 96127




Col Hna P. Bush
#14462-471 @ CampWest
Carswell FMC
P.O. Box 27137
Fort Worth, TX. 96127




